UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| MARYLAND CONGRESS OF PARENTS AND TEACHERS, INC.,<br><br>Plaintiff<br><br>v.<br><br>NATIONAL CONGRESS OF PARENTS AND TEACHERS, INC.,<br><br>Defendant | Case No. |

### AFFIDAVIT OF SHARON H. GOLDBLATT

I, SHARON H. GOLDBLATT, being over eighteen years of age and competent to testify as to the matters set forth herein, upon my personal knowledge and under the penalties of perjury, testify as follows:

1. I am the Field Service Committee Chair for the National Congress of Parents and Teachers, Inc. ("National PTA"), a corporation with its primary place of business at 1250 N Pitt St., Alexandria, VA 22314.

2. As a member of the Support Team assigned by National PTA to assist Maryland PTA in complying with National PTA's Standards of Affiliation, I am familiar with the facts set forth in National PTA's Notice of Removal and the documents attached thereto.

3. Exhibit B to the Notice of Removal is a true and accurate copy of the Memorandum of Understanding signed by Maryland PTA and submitted to National PTA.

4. Exhibit C to the Notice of Removal is a true and accurate copy of the National PTA Bylaws, effective June 26, 2019.

I HEREBY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT BASED UPON MY PERSONAL KNOWLEDGE.

_____
Sharon H. Goldblatt

October __1__, 2020