| | |
|---|---|
| **MARYLAND CONGRESS OF PARENTS AND TEACHERS, INC.**, <br><br> Plaintiff <br><br> v. <br><br> **NATIONAL CONGRESS OF PARENTS AND TEACHERS, INC.**, <br><br> Defendant | IN THE <br><br> CIRCUIT COURT <br><br> FOR <br><br> ANNE ARUNDEL COUNTY <br><br> **Case No. C-02-CV-20-0001691** |

## NOTICE OF REMOVAL TO UNITED STATES DISCTRICT COURT

Defendant National Congress of Parents and Teachers, Inc. ("National PTA"), by and through undersigned counsel, hereby gives notice that pursuant to 28 U.S.C. § 1446(d), National PTA has filed in the United States District Court for the District of Maryland a Notice of Removal to remove the above-captioned case from the Circuit Court for Anne Arundel County, Maryland to the United States District Court for the District of Maryland, Northern Division. A copy of the Notice of Removal, and all papers filed in the Federal Court, are being filed with the Clerk of the Circuit Court for Anne Arundel County, concurrently herewith, attached hereto as **Exhibit A**. Accordingly, the matter in the Circuit Court for Anne Arundel County may not proceed further unless remanded.

Respectfully submitted,

| | |
|---|---|
| */s/Eric M. Rigatuso* | */s/Joseph M. Moeller* |
| Eric M. Rigatuso | Joseph M. Moeller |
| CPF# 0212190091 | CPF# 1812120023 |
| ECCLESTON & WOLF, P.C. | ECCLESTON & WOLF, P.C. |
| Baltimore-Washington Law Center | Baltimore-Washington Law Center |
| 7240 Parkway Drive, 4th Floor | 7240 Parkway Drive, 4th Floor |
| Hanover, MD 21076-1378 | Hanover, MD 21076-1378 |
| (410) 752-7474 | (410) 752-7474 |
| (410) 752-0611 (fax) | (410) 752-0611 (fax) |
| E-mail: rigatuso@ewmd.com | E-mail: moeller@ewmd.com |
| *Attorney for Defendant* | *Attorney for Defendant* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of October, 2020, copies of the foregoing Notice of Removal to United States District Court were served electronically via MDEC to:

>Charles Tucker, Jr.
>TUCKER MOORE LAW GROUP
>8181 Professional Place, Suite 207
>Hyattsville, MD 20785
>301-577-1175
>charles@tuckerlawgroupll.com
>*Attorney for Plaintiff*

>*/s/Eric M. Rigatuso*
>Eric M. Rigatuso