# National PTA Bylaws

## Article I—Name

The name of this association is the National Congress of Parents and Teachers®. This association shall be referred to as "National PTA®," and shall be governed by the District of Columbia Nonprofit Corporation Act, referred to as "the Act."

## Article II—Purposes[1]

**Section 1. Objectives.** The purpose or purposes (Objects) which the corporation will hereafter pursue are:

- **A.** To promote the welfare of children and youth in home, school, places of worship, and throughout the community;
- **B.** To raise the standards of home life;
- **C.** To advocate for laws that further the education, physical and mental health, welfare, and safety of children and youth;
- **D.** To promote the collaboration and engagement of families and educators in the education of children and youth;
- **E.** To engage the public in united efforts to secure the physical, mental, emotional, spiritual, and social well-being of all children and youth; and
- **F.** To advocate for fiscal responsibility regarding public tax dollars in public education funding.

**Section 2. Awareness.** The purposes of the National PTA are promoted through advocacy and education in collaboration with parents, families, teachers, educators, students, and the public; developed through conferences, committees, projects, and programs; and governed and qualified by the basic principles set forth in Article III.

**Section 3. Federal Status.** National PTA is organized exclusively for the charitable, scientific, literary, or educational purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code or corresponding section of any future federal tax code (referred to as "Internal Revenue Code").

## Article III—Principles

The following are basic principles of National PTA:

- **A.** National PTA shall be noncommercial, nonsectarian, and nonpartisan.
- **B.** National PTA shall work to engage and empower children, families, and educators within schools and communities to provide quality education for all children and youth, and shall seek to participate in the decision-making process by influencing school policy and advocating for children's issues, recognizing that the legal responsibility to make decisions has been delegated by the people to boards of education, state education authorities, and local education authorities.
- **C.** National PTA shall work to promote the health and welfare of children and youth, and shall seek to promote collaboration among families, schools, and the community at large.

---

[1] As stated in the Articles of Incorporation.

EXHIBIT C

45   **D.** Commitment to inclusiveness and equity, knowledge of PTA, and professional expertise
46       shall be guiding principles for service in National PTA.
47
48                          **Article IV—Constituent Associations**
49
50   **Section 1. Constituent Associations.** Constituent associations of National PTA (referred to as
51   "constituent associations") include:
52   **A.** State constituent associations of National PTA that have been established in the 50 states
53       of the United States, the District of Columbia, the U.S. Virgin Islands, Puerto Rico, and
54       Department of Defense education activity schools in Europe and any education activity
55       schools established by the D.O.D. in the future hereinafter called state constituent
56       associations; or
57   **B.** Local constituent associations organized under the direct authority of National PTA when
58       there is no state constituent association.
59   **C.** Local constituent associations organized under the authority of the state constituent
60       associations.
61   **Section 2. Qualifications.**
62   **A.** Constituent associations of National PTA are any group which:
63       1. meets the requirements established by the board of directors
64       2. agrees to and complies with *Standards of Affiliation;* and
65       3. is approved by the board of directors
66   **B.** Local constituent associations organized under the authority of the state constituent
67       associations shall meet the qualifications of the state constituent associations.
68   **Section 3. Purpose and Principles.** The purposes and principles of National PTA, as prescribed
69   in Articles II and III of these bylaws, shall in every case also be the purposes and principles of
70   each constituent association.
71   **Section 4. Governance.** Each state and local constituent association organized under the direct
72   authority of National PTA shall adopt bylaws for the governance of its association. Such bylaws
73   shall not be in conflict with National PTA or their state nonprofit corporate laws and are subject
74   to review by the National PTA Bylaws Committee.
75   **Section 5. Membership in Constituent Associations.** Membership in a PTA constituent
76   association shall be open, without discrimination, to anyone who believes in and supports the
77   mission, purposes, and principles of National PTA and pay dues as prescribed in Section 6 of this
78   Article.
79   **Section 6. Dues.** Members shall pay annual dues, as may be determined by the constituent
80   association, which shall include the portion payable to the local and state PTA constituent
81   association as determined by the local and state PTA constituent associations, and the portion
82   payable to National PTA as recommended by the board of directors and approved by a two-
83   thirds vote of the voting body at a National PTA Annual Meeting.
84   **Section 7. Dissolution.** Upon the dissolution of a state constituent association, after paying or
85   adequately providing for the debts and obligations of the association, the state constituent
86   association's financial holdings, property, all records and all remaining assets shall be distributed
87   to National PTA in order to establish a new entity to service the state membership.
88
89                          **Article V—Membership in PTA**
90

**Section 1. Non-discrimination.** Membership in PTA at all levels shall be open, without discrimination, to anyone who believes in and supports the  mission, purposes and principles of National PTA and meets other qualifications for membership as prescribed in these bylaws and pays dues as required in these bylaws.

**Section 2. Classification.** The National PTA shall have the following membership classifications:

- **A. Local/State Members.** Local members shall be as prescribed in Article IV, Section 5. Upon meeting the qualifications for membership, these individuals are also automatically members of their respective state PTA constituent association and National PTA.
- **B. National Supporting Members.** Individuals who are interested in supporting the mission, purposes, and principles of the National PTA shall pay dues directly to National PTA. National Supporting Members may not hold office or have voting privileges. National Supporting Members desiring voting privileges at state and local levels must pay dues to a state or local constituent association.

**Section 3. Dues.**
- **A. Annual Dues.**
  1. **Local/State.** Annual dues for each constituent association shall be as established by the constituent association as prescribed in Article IV, Section 6.
  2. **National Supporting Member.** Annual dues for National Supporting Members shall be established by the National PTA Board of Directors.
- **B. Dues Payment**. Each member of a local PTA constituent association shall pay annual dues to such local PTA constituent association.

**Section 4. Membership Year.** The membership year for National PTA shall be July 1 through June 30.

**Section 5. Rights and Privileges.** Every individual who is a member of a local constituent association organized under the authority of a state constituent association is also a member of National PTA and of the state constituent association by which such local constituent association is organized. Members of local constituent associations and National PTA shall be entitled to all the benefits of such membership, which shall include the:

- **A.** ability to serve in governance positions in National PTA; and
- **B.** right to vote at local, state, and National PTA meetings based upon the requirements of serving as a voting delegate.

## Article VI—National PTA Governance Structure

**Section 1. Structure.** The National PTA governance structure shall include the elected officers, members of the board of directors, standing committee members, special committee members, subcommittee members, task force members, and other positions as determined by the board of directors.

**Section 2. Eligibility to Serve.** In order to be eligible to serve in the National PTA governance structure, an individual shall:

- **A.** be a current member of a constituent association;
- **B.** maintain membership throughout his/her term of service;
- **C.** consent to uphold and adhere to the National PTA policies and principles;
- **D.** not be a paid employee of, or under contract to, National PTA; and
- **E.** meet other qualifications as prescribed in these bylaws.

137 **Section 3. Term Limits.** No one shall serve more than one full term of two years in the same
138 officer position, unless otherwise permitted in these bylaws or until a successor is elected or
139 appointed.
140 **Section 4. Full Term.** Anyone who serves in a position for more than one-half (1/2) of a full
141 term shall be deemed to have served a full term in such position.
142
143 **Article VII—Officers**
144
145 **Section 1**. **Elected Officers.** The officers of National PTA shall be a president, a president-elect,
146 a secretary-treasurer, a vice-president of advocacy, and a vice-president of membership.
147 **Section 2. Eligibility.** In addition to the general provisions prescribed in Article IV, Section 2
148 the following shall apply:
149     **A.** Only those who have served on the National PTA Board of Directors for at least one (1)
150     full term shall be eligible for nomination or election to office.
151     **B.** A current state constituent association president may not serve simultaneously as an
152     officer of National PTA but may retain such state presidency until the time at which they
153     are elected as an officer of National PTA.
154 **Section 3**. **Term of Office.** Elected officers shall take office at the close of the convention at
155 which they are elected and shall serve a term of two (2) years, or until their successors are
156 elected. Individuals may not serve in the same office for more than one (1) term. The president-
157 elect shall succeed automatically to the office of president.
158 **Section 4**. **Vacancy in Officer Positions.** Vacancies shall be filled as follows:
159     **A.** In case of a vacancy in the office of president, the president-elect shall become president
160     and shall hold office for the balance of the term. In filling the vacancy, the president-elect
161     shall be entitled to continue in the presidency for the following term providing not more
162     than one-half (1/2) of a full term as president has been served. The vacancy in the office
163     of president-elect shall be filled at the next annual meeting by the voting body. Notice of
164     filling such vacancy must be given no less than 30 days prior to the annual meeting. In
165     the interim, duties of the president-elect shall be delegated by the president.
166     **B.** A vacancy in the office of a vice-president or the secretary-treasurer shall be filled by a
167     two-thirds (2/3) vote of the board of directors. The vote shall be by ballot. When there is
168     only one (1) candidate for the vacancy, the election may be by voice vote. Notice of
169     filling the vacancy must be given in the call to the meeting at which the election will take
170     place.
171 **Section 5. Duties of Officers.** The elected officers shall perform the duties provided in this
172 section and such other duties as prescribed for the office in these bylaws, by the board of
173 directors, by the president, by the Act, or in the adopted parliamentary authority.
174     **A. Duties of the President.** The president shall:
175       1. serve as chair of the board of directors;
176       2. serve as an ex-officio member of all committees except the nominating and leadership
177       recruitment committee;
178       3. appoint chairs and members of committees not otherwise specified;
179       4. serve as an ex-officio member of the National Constituent Association Advisory
180       Council; and
181       5. preside at all annual meetings and during all conventions.
182     **B. Duties of the President-Elect.** The president-elect shall:

1. serve as a member of the board of directors;
2. serve as a member of the finance committee;
3. serve as chair of the National Constituent Association Advisory Council; and
4. perform the duties of the office of president in the president's absence or when the president is unable to perform such duties.

**C. Duties of the Secretary-Treasurer.** The secretary-treasurer shall:
1. serve as a member of the board of directors;
2. serve as financial officer and secretary of the corporation;
3. serve as chair of the finance committee;
4. serve as chair of the endowment fund of National PTA; and
5. report the financial status of National PTA to the board of directors and during the annual meeting.

**D. Duties of the Vice-President of Advocacy.** The vice-president of advocacy shall:
1. serve as a member of the board of directors;
2. serve as chair of the legislation  committee;
3. facilitate and coordinate the work of the legislation committee to promote and deliver the national advocacy and legislative programs and activities;
4. consult and collaborate on the planning of the legislative conference; and
5. consult and/or collaborate with other committees as needed.

**E. Duties of the Vice-President of Membership.** The vice-president of membership shall:
1. serve as a member of the board of directors;
2. serve as chair of the membership committee;
3. consult and collaborate on membership initiatives focused on recruitment, retention, and diversification; and
4. consult and/or collaborate with other committees as needed.

## Article VIII—Elections and Appointments

**Section 1**. **Nominating and Leadership Recruitment Committee.**

**A. Composition.** The nominating and leadership recruitment committee shall consist of seven (7) members.

**B. Eligibility to Serve.** Individuals holding any elected or appointed position in National PTA shall not be eligible to serve on the nominating and leadership recruitment committee. Members may not serve more than one (1) term. No two (2) committee members shall be from the same state at the time elected or when appointed to fill a vacancy.

**C. Election of Members.**
1. The members of the nominating and leadership recruitment committee shall be elected by class annually by the voting body of the annual meeting and shall serve a term of three (3) years or until their successors are elected. Class A shall consist of two (2) members; Class B, two (2) members; and Class C, three (3) members.
2. The vote shall be conducted by ballot when there are more candidates than open positions, and a plurality vote shall elect. When there is an equal number of candidates to the number of open positions, the election may be held by voice vote.

**D. Election/Appointment of the Chair.** The committee shall elect a chair at its first meeting each year following the annual convention.

229   **E. Term.** Elected members shall assume their duties at the close of the convention at which
230        they are elected or until their successors are elected.
231   **F. Vacancies.** Vacancies of the committee shall be filled as prescribed in Section 3 of this
232        Article.
233   **G. Duties.** In addition to the responsibilities prescribed in PTA policy, the nominating and
234        leadership recruitment committee shall:
235        1. identify individuals who have the characteristics and skill sets needed in the
236           leadership of National PTA;
237        2. screen and evaluate individuals, and nominate one (1) eligible candidate for each of
238           the offices or positions to be elected at the annual meeting; and
239        3. provide potential candidates for committee appointments to the president for
240           consideration.
241   **H. Committee Report.** The report of the committee shall be published no later than March
242        1. The nominating and leadership recruitment committee shall report its nominees to the
243        annual meeting during the convention at which time self-nominees will also be
244        announced.
245   **I. Self-nominations.** Members may self-nominate no later than April 1 for any position to
246        be elected at the annual meeting. Procedures for self-nomination shall be as prescribed in
247        National PTA  Governance Policy Manual found at PTA.org. A list of self-nominees will
248        be published no later than 45 days prior to the annual meeting.
249 **Section 2.Officers and Board Members.**
250   **A. Eligibility.**
251        1. No member of the nominating and leadership recruitment committee shall be eligible
252           to be nominated by the committee.
253        2. No name shall be placed in nomination without written consent of the nominee.
254        3. A current state constituent association president shall be eligible to serve as a member
255           representative or an at-large member to the National PTA Board of Directors only if
256           the remainder of the term as president is, at the time of election or appointment, less
257           than six (6) months. If the remainder of the term is equal to or greater than six (6)
258           months, that state constituent association president shall retain that presidency until
259           the time of election or appointment to the National PTA Board of Directors.
260        4. No two (2) member representatives on the board of directors shall be from the same
261           state at the time elected or when appointed to fill a vacancy.
262        5. Nominees for officer positions shall meet the additional eligibility requirements
263           prescribed in Article VII, Section 2 of these bylaws.
264   **B. Procedures.** Nominees for elected positions must adhere to the election policies adopted
265        by the board of directors as prescribed in National PTA policy.
266   **C. Officers.** Except for the office of president, officers shall be elected by the voting body at
267        National PTA's annual meeting in each odd-numbered year.
268   **D. Member Representatives.** Each year, eight (8) member representatives on the board of
269        directors shall be nominated by the nominating and leadership recruitment committee and
270        elected by the voting body at the National PTA Annual Meeting. Member representatives
271        shall take office at the close of the convention at which they are elected. They shall serve
272        a term of two (2) years or until their successors are elected.
273   **E. At-Large Members.** Three (3) at-large members shall be appointed by the president and
274        approved by the board of directors each year at the first board meeting following

275    convention. They shall be appointed in order to bring a particular knowledge base, skill
276    set, or diversity to the board. They shall assume office after their approval by the board of
277    directors at the first board meeting following convention. They shall serve a term of two
278    (2) years or until their successors are appointed by the president and approved by the
279    board of directors.
280  **F. Youth Members.** Two (2) youth members, who are at least 18 years of age, but not more
281    than 22 years of age on date of appointment, shall be appointed by the president and
282    approved by the board of directors at the first board meeting following convention in the
283    odd numbered years. They shall serve a term of two (2) years or until their successors are
284    appointed by the president and approved by the board of directors.
285  **G. Term Limits.** Elected member representatives and appointed at-large members may
286    serve two terms on the board of directors in any combination of these positions.
287  **H. Voting.** Officers and board members shall be elected by ballot (electronic or paper) and a
288    majority vote shall elect officers and a plurality shall elect board members. When there is
289    only one candidate for any office, that election may be held by voice vote.
290  **Section 3. Vacancies.** Unless otherwise stated herein, if a vacancy in any elected office, elected
291  or appointed board member position, or committee position exists, the vacancy shall be filled by
292  the board of directors as follows:
293  **A. Removal.** The involuntary removal of an officer, board member, or committee member shall
294    require two-thirds vote of the National PTA Board of Directors. Any such individual who
295    fails to fulfill his or her duties or fails to abide by the National PTA's bylaws, policies, and/or
296    code of conduct shall be removed in accordance with the procedures set forth in National
297    PTA policy. A vacancy in any position other than president created by removal shall be filled
298    by the board of directors until the end of the unexpired term.
299  **B. Resignation or Death.** A vacancy in any position other than president created by resignation
300    or death shall be filled by the board of directors. Resignation from office shall require written
301    notice of that member including an explanation for resignation to the remaining members of
302    the officers, board of directors, or committee.
303  **C. At-Large Members and Youth Members.** In the event of a vacancy for an at-large member
304    or youth member, the balance of the term shall be filled by appointment by the president and
305    approved by the board of directors.
306  **D. Voting.** Elections to fill vacancies shall be conducted by ballot and a majority vote shall
307    elect. When there is only one candidate for any office, that election may be held by voice
308    vote. Notice of filling the vacancy must be given in the call to the meeting at which the
309    election will be held.
310
311                                  **Article IX—Board of Directors**
312
313  **Section 1. Composition.** The members of the board of directors shall be the president, the
314  president-elect, the secretary-treasurer, the vice-president of advocacy, the vice-president of
315  membership, sixteen (16) member representatives, six (6) at-large members, and two (2) youth
316  members.
317  **Section 2. Duties.**
318  **A. Power and Authority.** The board of directors shall have full power and authority over
319    the affairs of National PTA between annual meetings except as otherwise provided in
320    these bylaws; the board shall adopt special rules of order and policies to govern its
321    proceedings and the affairs of National PTA over which it has power and authority.

**B. Duties of the Board of Directors.** The duties of the board of directors shall include but not be limited to:

1. be responsible for the strategic direction and strategic management of the National PTA;
2. make employment decisions concerning the executive director;
3. review and act on reports and recommendations of committees and staff;
4. approve the budget;
5. approve board and committee appointments as recommended by the president;
6. approve public policy and legislative priorities;
7. establish National PTA policies and strategic plan;
8. be responsive to the constituent associations' needs; and
9. exercise such other duties as are prescribed for the board of directors in these bylaws or in the adopted parliamentary authority.

**Section 3. Meetings.**

**A. Regular.** Regular meetings of the board of directors shall be held at least four (4) times during each calendar year as determined by the board of directors. Notice of the time and place of each regular meeting shall be given in writing to each member of the board of directors at least thirty (30) days prior to the date of the meeting. Notice may be waived by members of the board in accordance with statutory requirements as established by the Act.

**B. Special.** Special meetings of the board of directors may be called by the president, on five (5) days written notice to each member of the board of directors. Special meetings shall be called by the president or secretary-treasurer in like manner and on like notice on the written request of seven (7) members of the board of directors. Notice may be waived by members of the board in accordance with statutory requirements as established by the Act.

**Section 4. Quorum.** A quorum of the board of directors shall be a majority of the members of the board then in office.

**Section 5. Emergency Powers.** If a quorum of the board of directors cannot readily be assembled because of some catastrophic event per federal definition, the exercise of emergency powers is authorized as provided in the statutes of the Act.

**Article X—National Constituent Association Advisory Council**

**Section 1. Composition.** The National Constituent Association Advisory Council ("NCAAC") shall be composed of one member from each constituent association who shall be the current state constituent association president. If the current state president is unable to attend, the state president-elect, vice-president or a current elected officer designee may represent the president.

**Section 2. Chair, Vice Chair, and Secretary.**

**A. Chair.** The National PTA president-elect shall serve as the chair.

1. **Duties.** The duties of the chair shall be to direct the work of the NCAAC as specified under Article X, Section 3. Duties.
2. **Vacancy.** In the case of a vacancy in the office of NCAAC chair, the National PTA president shall appoint a chair selected from among the members of the board of directors to serve until such time as a new National PTA president-elect is elected. The appointment shall be approved by the National PTA board of directors.

    **B.  Vice Chair and Secretary.** The vice chair and secretary shall be elected by a plurality vote by ballot from among the current state constituent association presidents via an electronic or in-person meeting within 45 days following the close of each National PTA Annual Convention. If there is only one candidate for office, the election may be by voice vote.

        **1.  Duties.** The vice chair shall preside in the absence of the chair. The secretary shall prepare the minutes and/or reports of the meetings.

        **2.  Vacancy.** In the case of a vacancy in the vice chair or secretary position, the NCAAC shall fill the vacancy by a plurality vote by ballot unless there is only one candidate in which case the election may be by voice vote.

        **3.  Term of office.** The term of office for the vice chair and secretary shall begin at the conclusion of the NCAAC meeting at which they are elected and end at the conclusion of the NCAAC meeting following the next National PTA Annual Meeting.

**Section 3. Duties.** The NCAAC shall:

    **A.** identify and prioritize topics and trends to assist the board in setting the strategic direction of National PTA;

    **B.** submit written reports and make recommendations to the board regarding emerging issues, as referenced in PTA policy; and

    **C.** participate in leadership development.

**Section 4. Meetings.**

    **A.  Regular.** Regular meetings of the NCAAC shall be held two times per fiscal year, one of which is held in conjunction with the National PTA Annual Convention. Meetings may be held electronically. Notice of the date and time of the meeting shall be given in writing to each member at least thirty (30) days prior to the date of the meeting.

    **B.  Additional Meetings.** Additional meetings may be called by the chair with approval of the National PTA president. Additional meetings may be held electronically.

## Article XI–Committees

**Section 1. Standing Committees.**

    **A.  Composition, Appointment, Accountability, Ex-officio Members, Subcommittees, and Term.** The standing committees of National PTA shall be bylaws; diversity, inclusion and outreach; elections; field service; finance; historical preservation; legislation; membership; resolutions; and youth engagement. In addition, the nominating and leadership recruitment committee is a standing committee established elsewhere in these bylaws.

    1.  Committee members shall be members of a PTA constituent association or National PTA.

        a)  The bylaws committee shall be composed of not more than five (5) members, one of whom shall be appointed by the president from among the members of the board of directors.

        b)  The diversity, inclusion and outreach committee shall be composed of not more than nine (9) members.

        c)  The elections committee shall be composed of not more than five (5) members.

414   d)  The field service committee shall be composed of not more than seven (7)
415       members.
416   e)  The finance committee shall be composed of not more than five (5) members as
417       follows: the secretary-treasurer, who shall be the chair, the president-elect, and
418       three (3) additional members of the board of directors.
419   f)  The historical preservation committee shall be composed of the past national
420       presidents with the immediate past president serving as the chair. If the immediate
421       past president chooses not to serve or is unable to serve, the committee shall elect
422       the chair. A quorum of the historical preservation committee shall be three (3).
423   g)  The legislation committee shall be composed of not more than five (5) members,
424       one of whom shall be the vice-president of advocacy, who shall serve as the chair.
425   h)  The membership committee shall be composed of not more than seven (7)
426       members, one of whom shall be the vice-president of membership, who shall be
427       the chair.
428   i)  The resolutions committee shall be composed of not more than seven (7)
429       members.
430   j)  The youth engagement committee shall be composed of not more than five (5)
431       members, two (2) of whom shall be youth members to the board of directors. The
432       chair shall be from among the youth members of the board of directors. The
433       members of the committee must be at least 18 years of age but not more than 22
434       years of age on date of appointment.
435   k)  No member shall simultaneously serve as chair of more than one standing
436       committee.
437   2.  The president shall appoint members of the committees at the first board meeting in
438       odd-numbered years.
439   3.  All committees shall report to the board of directors and shall be responsible to the
440       president between meetings of the board. Policy recommended by a committee shall
441       be approved by the board of directors.
442   4.  Ex-officio members:
443   a)  The president shall be ex officio a member of all committees except the
444       nominating and leadership recruitment committee.
445   b)  The chair of each standing committee shall be ex officio a member of all
446       subcommittees of that committee.
447   5.  Subcommittees may include nonmembers of a committee recommended by the chair,
448       appointed by the president, and approved by the board of directors.
449   6.  Unless prescribed for otherwise in these bylaws, committee members shall serve a
450       term of two (2) years or until their successors are elected or appointed. Committee
451       members may serve for two (2) consecutive terms on the same committee.
452   **B. Bylaws Committee.** In addition to the responsibilities prescribed in PTA policy, the
453       bylaws committee shall review submitted bylaws amendments, originate proposed bylaw
454       amendments, and submit proposed amendments or revisions to the board of directors and
455       to the members together with the committee's recommendations for action.
456   **C. Diversity, Inclusion and Outreach Committee.** In addition to the responsibilities
457       prescribed in PTA policy, the diversity, inclusion and outreach committee shall promote
458       inclusion, engagement, and full involvement of diverse populations, in all of its aspects,
459       at all levels of National PTA.

460     **D. Elections Committee.** In addition to the responsibilities prescribed in PTA policy, the
461         elections committee shall administer the election process and develop guidelines for
462         campaigning and campaign materials.
463     **E. Field Service Committee.** In addition to the responsibilities prescribed in PTA policy,
464         the field service committee shall develop and evaluate strategies for the effectiveness of
465         service delivery to all constituent associations.
466     **F. Finance Committee.** In addition to the responsibilities prescribed in PTA policy, the
467         finance committee shall prepare and present an annual budget to the board of directors for
468         its approval and recommend an auditing firm.
469     **G. Historical Preservation Committee.** In addition to the responsibilities prescribed in
470         PTA policy, the historical preservation committee shall serve as the association's primary
471         resource on historical and cultural preservation, make recommendations concerning
472         archival maintenance to the board of directors, and provide guidance and assistance in
473         securing sustainable funding for archiving acquisition and maintenance.
474     **H. Legislation Committee.** In addition to the responsibilities prescribed in PTA policy, the
475         legislation committee shall review the legislative agenda of National PTA and make
476         recommendations concerning the legislative agenda to the board of directors.
477     **I. Membership Committee.** In addition to the responsibilities prescribed in PTA policy,
478         the membership committee shall provide expertise in membership development and
479         marketing; identify overall membership development strategies for National PTA; and,
480         recommend varied membership tools and resources.
481     **J. Resolutions Committee.** In addition to the responsibilities prescribed in PTA policy, the
482         resolutions committee shall:
483         1. Solicit, review, and recommend proposed resolutions for consideration to the board
484           of directors; and
485         2. Review adopted resolutions and recommend to retain, amend, or rescind those
486           resolutions.
487     **K. Youth Engagement Committee.** In addition to the responsibilities prescribed in PTA
488         policy, the youth engagement committee shall work in collaboration with local, state, and
489         national PTAs to provide education, resources, leadership training, and opportunities to
490         increase youth participation and visibility in PTA.
491 **Section 2. Special Committees.** The board of directors may establish special committees as
492 needed. The members of the special committees shall be appointed by the president and
493 approved by the board of directors.
494
495 **Article XII—Annual Meeting and Convention**
496
497 **Section 1. Convention.** A convention shall convene each year at a place and date determined by
498 the board of directors.
499 **Section 2. Annual Meeting.** An annual meeting shall be held in conjunction with the annual
500 convention.
501     **A. Call to Annual Meeting.** Notice of the time and place of each annual meeting shall be
502         posted on the National PTA website, or other electronic means as the board of directors
503         may designate, not less than sixty (60) days prior to the date of the opening of the meeting.
504     **B. Voting Body.** The voting body of the annual meeting shall be composed of:
505         1. Members of the board of directors;

2.   Members of National PTA standing committees and convention-related committees;
3.   State constituent association presidents;
4.   Past national presidents of the National PTA
5.   Five (5) delegates plus one (1) delegate per one thousand (1,000) members, or major fraction thereof, of each state constituent association PTA, as shown on the books of the secretary-treasurer of National PTA as of March 31 preceding an annual meeting, and as accredited by the state constituent association PTA; and
6.   One (1) delegate per thousand (1,000) members, or major fraction thereof, of a local constituent association PTA organized under direct authority of National PTA, as shown on the books of the secretary-treasurer of National PTA as of March 31 preceding an annual meeting, and accredited by National PTA.

**C. Voting.** Only the members who make up the voting body at the annual meeting shall have the right to introduce motions, participate in debate, or vote at such annual meeting. There shall be no proxy voting.

**D. Quorum.** A quorum shall consist of one hundred and fifty (150) registered delegates representing a majority of the state constituent associations.

## Article XIII—Electronic Meetings and Communication

**Section 1. Meetings.** The National PTA Board of Directors and all committees and subcommittees shall be authorized to meet by telephone conference or through other electronic communications media so long as all the members can simultaneously hear each other and participate during the meeting.

**Section 2. Communication.** Unless members indicate otherwise to National PTA Headquarters, all communication required by these bylaws, including meeting notices, may be sent electronically unless otherwise specified in these bylaws.

## Article XIV—Operational Requirements and Dissolution

**Section 1. Net Earnings.** No part of the net earnings of National PTA shall inure to the benefit of, or be distributable to, its members, directors, trustees, officers, or other private persons except that the association shall be authorized and empowered to pay reasonable compensation for services rendered, and to make payments and distributions in furtherance of the purposes set forth in Article II hereof.

**Section 2. Exempt Activities.** Notwithstanding any other provision of these Articles to contrary, in no event shall National PTA carry on any other activities which are not permitted to be carried on by either: (i) by an association exempt from federal income tax under Section 501(c)(3) of the Internal Revenue Code or (ii) by an association, contributions to which are deductible under Section 170(c)(2) of the Internal Revenue Code.

**Section 3. Political Activities.** National PTA or its members in their official capacities shall not, directly or indirectly, participate or intervene (in any way, including the publishing or distributing of statements) in any political campaign on behalf of, or in opposition to, any candidate for public office, or devote more than an insubstantial part of its activities to attempting to influence legislation by propaganda or otherwise.

**Section 4. Dissolution.** Upon the dissolution of National PTA, after paying or adequately providing for the debts and obligations of the association, the remaining assets shall be

552  distributed to one or more nonprofit funds, foundations, or associations that have established
553  their tax-exempt status under Section 501(c)(3) of the Internal Revenue Code and whose
554  purposes are in accordance with those of National PTA.
555
556  **Article XV—Parliamentary Authority**
557
558  The rules contained in the current edition of *Robert's Rules of Order Newly Revised* shall govern
559  National PTA in all cases in which they are applicable and in which they are not in conflict with
560  Articles of Incorporation, National PTA bylaws, policies, special rules of order, or the District of
561  Columbia Nonprofit Corporation Act.
562
563  **Article XVI—Amendments**
564
565  **Section 1. Amendments.** These bylaws may be amended at the annual meeting by two-thirds
566  (2/3) vote provided that the following requirements shall first have been complied with in the
567  following order:

    **A.** The amendments shall have been approved by the board of directors. Bylaws amendments approved by the board may be amended at the annual meeting by the voting delegates.

    **B.** Amendments shall be sent by electronic communication in accordance with Article XIV, Section 2 to the board of directors and constituent associations and posted on the National PTA website, or other electronic means as the board of directors may designate, no less than forty-five (45) days prior to the date of the convening of the annual meeting.

574  **Section 2. Action.** Updated bylaws shall be posted on the National PTA website, or other
575  electronic means as the board of directors may designate, within 60 days following the annual
576  meeting at which they are amended.