# EXHIBIT

# C

**Office**

| | |
|---|---|
| **From:** | Laura Huff <LHuff@pta.org> |
| **Sent:** | Wednesday, March 11, 2020 12:33 PM |
| **To:** | Office |
| **Subject:** | February 2020 Dues ACH Notification |

We are confirming that Maryland PTA's February 2020 membership totals were 4654 members.

We will process the corresponding ACH for National PTA's membership dues on March 20th in the amount of $10471.5.

Please contact me immediately if any of the following conditions arise:

1. The membership totals reported above are different than your records; or,
2. You do not see the ACH come out of your bank account by March 25th, or if the amount withdrawn is different.

Thanks,

Laura Huff
Director of Finance

**National PTA**
1250 N. Pitt Street
Alexandria, VA  22314
(800) 307-4PTA (4782)
(703) 518-1233 (Direct)
(703) 836-0942 (Fax)
www.pta.org

## Office

| | |
|---|---|
| **From:** | Laura Huff <LHuff@pta.org> |
| **Sent:** | Tuesday, April 14, 2020 3:24 PM |
| **To:** | Office |
| **Subject:** | March 2020 Dues ACH Notification |

We are confirming that Maryland PTA's March 2020 membership totals were 4634 members.

We will process the corresponding ACH for National PTA's membership dues on April 20th in the amount of $10426.5.

Please contact me immediately if any of the following conditions arise:
1. The membership totals reported above are different than your records; or,
2. You do not see the ACH come out of your bank account by April 25th, or if the amount withdrawn is different.

Thanks,

Laura Huff
Director of Finance

**National PTA**
1250 N. Pitt Street
Alexandria, VA  22314
(800) 307-4PTA (4782)
(703) 518-1233 (Direct)
(703) 836-0942 (Fax)
www.pta.org

## Office

| | |
|---|---|
| **From:** | Laura Huff <LHuff@pta.org> |
| **Sent:** | Monday, May 11, 2020 8:11 PM |
| **To:** | Office |
| **Subject:** | April 2020 Dues Confirmation |

We are confirming that Maryland PTA's April 2020 membership totals were 2471 members.

We will process the corresponding ACH for National PTA's membership dues on May 20th in the amount of $5559.75.

Please contact me immediately if any of the following conditions arise:
1. The membership totals reported above are different than your records; or,
2. You do not see the ACH come out of your bank account by May 25th, or if the amount withdrawn is different.

Thanks,

Laura Huff
Director of Finance

**National PTA**
1250 N. Pitt Street
Alexandria, VA  22314
(800) 307-4PTA (4782)
(703) 518-1233 (Direct)
(703) 836-0942 (Fax)
www.pta.org

**Office**

| | |
|---|---|
| **From:** | Laura Huff <LHuff@pta.org> |
| **Sent:** | Wednesday, June 17, 2020 1:56 PM |
| **To:** | Office |
| **Subject:** | May 2020 Membership Dues Confirmation |

We are confirming that Maryland PTA's May 2020 membership totals were 3614 members.

We will process the corresponding ACH for National PTA's membership dues on June 20th in the amount of $8131.5.

Please contact me immediately if any of the following conditions arise:
1. The membership totals reported above are different than your records; or,
2. You do not see the ACH come out of your bank account by June 25th, or if the amount withdrawn is different.

Thanks,

Laura Huff
Director of Finance

**National PTA**
1250 N. Pitt Street
Alexandria, VA  22314
(800) 307-4PTA (4782)
(703) 518-1233 (Direct)
(703) 836-0942 (Fax)
www.pta.org

**Office**

| | |
|---|---|
| **From:** | Laura Huff <LHuff@pta.org> |
| **Sent:** | Tuesday, July 14, 2020 1:13 PM |
| **To:** | Office |
| **Subject:** | June 2020 Membership Count Confirmation |

We are confirming that Maryland PTA's June 2020 membership totals were 4068 members.

We will process the corresponding ACH for National PTA's membership dues on July 20th in the amount of $9153.

Please contact me immediately if any of the following conditions arise:
1. The membership totals reported above are different than your records; or,
2. You do not see the ACH come out of your bank account by July 25th, or if the amount withdrawn is different.

Thanks,

Laura Huff
Director of Finance

**National PTA**
1250 N. Pitt Street
Alexandria, VA  22314
(800) 307-4PTA (4782)
(703) 518-1233 (Direct)
(703) 836-0942 (Fax)
www.pta.org

## Office

| | |
|---|---|
| **From:** | Laura Huff <LHuff@pta.org> |
| **Sent:** | Monday, August 10, 2020 7:21 PM |
| **To:** | Office |
| **Subject:** | July 2020 Membership Dues Confirmation |

We are confirming that Maryland PTA's July 2020 membership totals were 2215 members.

We will process the corresponding ACH for National PTA's membership dues on August 20th in the amount of $4983.75.

Please contact me immediately if any of the following conditions arise:
1. The membership totals reported above are different than your records; or,
2. You do not see the ACH come out of your bank account by August 25th, or if the amount withdrawn is different.

Thanks,

Laura Huff
Director of Finance

**National PTA**
1250 N. Pitt Street
Alexandria, VA  22314
(800) 307-4PTA (4782)
(703) 518-1233 (Direct)
(703) 836-0942 (Fax)
www.pta.org

**Office**

| | |
|---|---|
| **From:** | Laura Huff <LHuff@pta.org> |
| **Sent:** | Wednesday, September 16, 2020 7:08 PM |
| **To:** | Office |
| **Subject:** | August 2020 Membership Dues Confirmation |

We are confirming that Maryland PTA's August 2020 membership totals were 548 members.

We will process the corresponding ACH for National PTA's membership dues on September 21st in the amount of $1233.

Please contact me immediately if any of the following conditions arise:

1. The membership totals reported above are different than your records; or,
2. You do not see the ACH come out of your bank account by September 25th, or if the amount withdrawn is different.

Thanks,

Laura Huff
Director of Finance

**National PTA**
1250 N. Pitt Street
Alexandria, VA  22314
(800) 307-4PTA (4782)
(703) 518-1233 (Direct)
(703) 836-0942 (Fax)
www.pta.org

## Office

| | |
|---|---|
| **From:** | Laura Huff <LHuff@pta.org> |
| **Sent:** | Tuesday, October 20, 2020 3:03 PM |
| **To:** | Office |
| **Subject:** | September 2020 Dues Confirmation |

**Apologies for the delay in the close this month! We have adjusted our timelines accordingly.**

We are confirming that Maryland PTA's September 2020 membership totals were 562 members.

We will process the corresponding ACH for National PTA's membership dues on **October 30th** in the amount of $1264.5.

Please contact me immediately if any of the following conditions arise:

1. The membership totals reported above are different than your records; or,
2. You do not see the ACH come out of your bank account by November 4th, or if the amount withdrawn is different.

Thanks,

Laura Huff
Director of Finance

**National PTA**
1250 N. Pitt Street
Alexandria, VA  22314
(800) 307-4PTA (4782)
(703) 518-1233 (Direct)
(703) 836-0942 (Fax)
www.pta.org