# EXHIBIT D

1:16 PM
10/30/20

# Maryland PTA
## All Transactions for National PTA
### January through December 2020

Page 1

| Type | Num | Date | Account | Amount |
|---|---|---|---|---|
| Jan - Dec 20 | | | | |
| Check | EFT | 10/30/2020 | 18701 · Main Checkin... | -10,579.50 |
| Check | EFT | 09/30/2020 | 18701 · Main Checkin... | -1,264.50 |
| Check | EFT | 09/02/2020 | 18701 · Main Checkin... | -1,233.00 |
| Check | EFT | 08/03/2020 | 18701 · Main Checkin... | -4,983.75 |
| Check | EFT | 06/30/2020 | 18701 · Main Checkin... | -9,153.00 |
| Check | EFT | 06/01/2020 | 18701 · Main Checkin... | -8,131.50 |
| Check | EFT | 05/06/2020 | 18701 · Main Checkin... | -5,559.75 |
| Check | EFT | 04/02/2020 | 18701 · Main Checkin... | 0.00 |
| Check | EFT | 04/01/2020 | 18701 · Main Checkin... | -10,426.50 |
| Check | EFT D... | 03/02/2020 | 18701 · Main Checkin... | -10,471.50 |
| Check | EFT | 02/03/2020 | 18701 · Main Checkin... | -19,107.00 |
| Check | EFT | 01/03/2020 | 18701 · Main Checkin... | -28,822.50 |
| Jan - Dec 20 | | | | |