UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| MARYLAND CONGRESS OF PARENTS )<br>AND TEACHERS, INC., )<br>    Plaintiff ) <br> ) <br> v. ) <br> ) <br>NATIONAL CONGRESS OF PARENTS )<br>AND TEACHERS, INC., ) <br>    Defendant. ) | Case No. 1:20-cv-02875 |

## REQUEST REISSUANCE OF SUMMONS

Plaintiff Maryland Congress of Parents and Teachers, Inc., by and through counsel, submits this request to reissue summons to Defendant National Congress of Parents and Teachers, Inc. at the address of their registered agent, Corporation Service Company, 1090 Vermont Ave., NW, #430, Washington, DC 20005.

Respectfully Submitted,

By:   /s/ Charles Tucker, Jr.
Charles Tucker, Jr. (0808260001)
Tucker Moore Law Group
Senior Partner
8181 Professional Place, STE 207
Hyattsville, Maryland 20785
Direct: 301-577-1175
charles@tuckerlawgroupllp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 18th day of November 2020, a copy of this Request to Reissue Summons was served electronically on Counsel for Defendant, National Congress of Parents and Teachers, Inc.

Eric Rigatuso
Eccleston and Wolf PC
Baltimore Washington Law Center
7240 Parkway Dr Fourth Fl
Hanover, MD 21076

      /s/*Charles Tucker, Jr.*
Charles Tucker, Jr. (0808260001)
Tucker Moore Law Group
Senior Partner
8181 Professional Place, STE 207
Hyattsville, Maryland 20785
Direct: 301-577-1175
charles@tuckerlawgroupllp.com