**UNITED STATES DISTRICT COURT**

**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**CATHERINE C. BLAKE**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-3220**
**Fax (410) 962-6836**

November 19, 2020

MEMORANDUM TO COUNSEL

Re:    *Maryland Congress of Parents and Teachers, Inc. v. National Congress of*
*Parents and Teachers, Inc.*
Civil No. CCB-20-2875

Dear Counsel:

This will confirm the results of our conference call yesterday.  The defendant intends to file a motion to dismiss raising service of process and other substantive issues, and will do so by December 3, 2020.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge