UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| MARYLAND CONGRESS OF PARENTS ) <br> AND TEACHERS, INC., ) <br>                          Plaintiff ) <br> ) <br>       v.                          ) <br> ) <br> NATIONAL CONGRESS OF PARENTS ) <br> AND TEACHERS, INC., ) <br>                          Defendant. ) | Case No. 1:20-cv-02875 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Maryland Congress of Parents and Teachers, Inc. ("Plaintiff") and Defendant National Congress of Parents and Teachers, Inc. ("Defendant"), by their respective counsels, stipulate that the above-captioned action and all claims asserted therein are dismissed with prejudice as to those claims.

| | |
|---|---|
| /s/ *Eric Rigatuso* <br> Eccleston and Wolf PC <br> 7240 Parkway Dr., Fourth Fl. <br> Hanover, MD 21076 <br> Phone: 410-752-7474 <br> Email: rigatuso@ewmd.com | /s/ *Charles Tucker, Jr.* <br> Tucker Moore Group <br> 8181 Professional Pl., Suite 207 <br> Hyattsville, MD 20785 <br> Phone: 301-577-1175 <br> Email: charles@tuckerlawgroupllp.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on this the 10th of December 2020, via the Court's CM/ECF filing system upon all counsel of record:

Eric Rigatuso
Eccleston and Wolf PC
Baltimore Washington Law Center
7240 Parkway Dr., Fourth Fl.
Hanover, MD 21076
Phone: 410-752-7474
Email: rigatuso@ewmd.com

    /s/*Charles Tucker, Jr.*
Charles Tucker, Jr. (0808260001)
Tucker Moore Law Group
Senior Partner
8181 Professional Place, STE 207
Hyattsville, Maryland 20785
Direct: 301-577-1175
charles@tuckerlawgroupllp.com